GRAY, Appellant, v. BUFFALO, R. & P. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Mary E. Gray against the Buffalo, Rochester & Pittsburg Railway Company. No opinion. Appeal dismissed, with costs, including $10 costs of this motion.

GREEN v. DAVIES. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Asher Green against Andrew J. Davies. No opinion. Motion granted.

GREENBERG, Respondent, v. MINSKY et al., Appellants. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Mary Greenberg against Louis Minsky and others. L. G. Rosenblatt, for appellants. J. Manheim, for respondent. No opinion. Judgment and order affirmed, with costs.

GREGORY v. ELMIRA WATER, LIGHT & R. CO. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Chester H. Gregory against the Elmira Water, Light & Railroad Company. No opinion. Motion denied.

GREISINGER, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Anna Greisinger against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

GRIFFIN, Respondent, v. BELISARIO, Appellant. (Supreme Court, Appellate Division, Third Department. March 21, 1905.) Action by Nathan D. Griffin against Benjamin H. Belisario. No opinion. Motion denied.

GROH, Respondent, v. FLAMMER, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Julia A. Groh, individually, etc., against George A. Flammer. T. F. Keogh, for appellant. A. I. Elkus, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GRUET, Respondent, v. MOLES, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Charles B. Gruet against Sarah Ann Moles. No opinion. Order of the Municipal Court affirmed, with costs.

HAAN v. FOX. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Rudolph M. Haan against Sarah E. Fox. No opinion. Motion denied, with $10 costs.

HADLOCK, Appellant, v. GIEBELER et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Albert E. Hadlock, as receiver, etc., of Eduard Giebeler, against Eduard Giebeler and others. PER CURIAM. Order appealed from modified on argument, so far as it wholly denies the plaintiff's motion to vacate defendants' order to show cause, and said motion granted, to the extent of modifying the extension of time contained in such order to show cause, so that the defendants shall be required to plead within 10 days from the entry of the order upon this appeal. No costs of this appeal to either party.

HADLOCK, Appellant, v. GIEBELER et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Albert E. Hadlock, as receiver, etc., against Eduard Giebeler and others. No opinion. Motion granted.

HALLAHAN et al., Respondents, v. NICHOLSBURG et al., Appellants. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by John Hallahan and another against Henry Nicholsburg and another. J. Rosenzweig, for appellants. J. A. Farley, for respondents. No opinion. Judgment affirmed, with costs.

HALSEY, Respondent, v. HOLLANDS et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 10, 1905.) Action by Anna Halsey against William Hollands, as administrator, etc., and another. PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held that, in view of the rule that in this class of cases the evidence must be clear and satisfactory, the verdict in this case should be set aside as against the weight of evidence.

CHASE and HOUGHTON, JJ., dissent.

In re HANFORD'S ESTATE (two cases). (Supreme Court, Appellate Division, Third Department. January 4, 1905.) In the matter of the appraisal under the taxable transfer act of the estate of George T. Hanford, deceased. No opinion. Decree unanimously affirmed, with costs.

HARPER v. SMITH et al. (Supreme Court, Appellate Division, First Department. March 17, 1905.) Action by John E. Harper against Charles E. W. Smith and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

HART v. BASS et al. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Samuel J. Hart against Hannah Bass and others. L. Werther, for appellants. A. Engel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HATCH, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Mason J. Hatch, as administrator of Theresa Hatch, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Order unanimously affirmed, with costs. See 85 N. Y. Supp. 995.